UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:02-CR-00165-WTL-DKL |
| | ) | |
| ANDREW WHITE, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Denise K. LaRue's Report and Recommendation that Andrew White's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as follows:

1. Mr. White is sentenced to the custody of the Attorney General or his designee for a period of twelve (12) months and one (1) day.

2. Upon Mr. White's release from confinement, he will be subject to a term of supervised release of eighteen (18) months with the standard conditions and a special condition of no more than one hundred and twenty (120) days to take place at the Volunteers of America.

SO ORDERED this 8th day of November, 2012

_William T. Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

MaryAnn T. Mindrum
Assistant United States Attorney
maryann.mindrum@usdoj.gov

Gwendolyn M. Beitz
Indiana Community Federal Defender
gwendolyn_beitz@fd.org

U. S. Parole and Probation

U. S. Marshal